

| MURIEL GOODE-TRUFANT | THE CITY OF NEW YORK | Valerie L. Forbes |
|---|---|---|
| *Corporation Counsel* | LAW DEPARTMENT | *Special Assistant Corporation Counsel* |
| | 100 CHURCH STREET | Office: (212) 356-0873 |
| | NEW YORK, NY 10007 | |

August 7, 2025

**VIA ECF**
Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



      Re:    *F.S. et al. v. N.Y.C. Dep't of Educ.*, 25-cv-03649 (KPF)(KHP)

Dear Judge Failla:

      I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendants in the above-referenced action, wherein Plaintiff seeks attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

      I write to respectfully request an adjournment *sine die* of the Initial Pretrial Conference currently scheduled for Friday, August 15, 2025 at 12:00 pm, as well as the attendant Case Management Plan, proposed Scheduling Order and accompanying Letter currently due Thursday, August 7, 2025. Plaintiff consents to this request. This is the first request for an adjournment. The Court should note the Defendant's proposed Answer would not be due until August 26, 2025.

      This is a fees-only action, and liability is not at issue. There are no claims pleaded in this action except the attorneys' fees claim. The City is in the process of reviewing Plaintiff's billing records and anticipates making an offer of settlement in the next three weeks. The parties remain hopeful that this matter can be resolved without burdening the Court with conferences or motion practice. If the Court wishes to proceed with an initial conference, Defendant respectfully requests that the Court adjourn the scheduled conference to a later date convenient to the Court.

      Accordingly, Defendant respectfully requests that the Court adjourn the Initial Pretrial Conference as well as the CMP and Scheduling Order, *sine die* and proposes that the parties submit a joint letter by September 15, 2025 to update the Court on the status of settlement negotiations.

      Thank you for considering these requests.

Respectfully submitted,

*/s/ Valerie L. Forbes*

Valerie L. Forbes, Esq.
Special Assistant Corporation Counsel

cc:    Andrea Spratt, Esq. (via ECF)

Application GRANTED.  The Court ADJOURNS *sine die* the initial pretrial conference previously scheduled for August 15, 2025.  Given the parties' representations and the nature of this action, the Court declines to enter the parties' propose case management plan (Dkt. #12) at this time.  The parties are hereby ORDERED to file a joint letter regarding the status of settlement discussions, including if necessary a proposed briefing schedule for any contemplated motions, on or before **September 4, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 13.

Dated:    August 7, 2025          SO ORDERED.
          New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE